## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

L.S.,                                 :   No. 613 EAL 2015

                 Petitioner          :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

            v.                       :

                                :

J.R.,                                   :

                Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.